UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LEE CARTER, JR.,

    Defendant.
_____/

Hon. Hala Y. Jarbou

Case No. 1:21-cr-00030

## ORDER

Defendant is remanded to the custody of the United States Marshal pending trial. If circumstances change and defendant wishes to address detention, he may file a motion with the Court.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**IT IS FURTHER ORDERED** that defendant shall avoid all contact and communication, directly or indirectly, with the minor child listed in the Indictment as Child 1.

**DONE AND ORDERED** on April 1, 2021.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge